**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edwin HERNANDEZ–TREJO,**
**Defendant–Appellant.**

**No. 15-50157**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2016 *

FILED June 20, 2016

Andrew James Galvin, Helen H. Hong, Assistant U.S. Attorneys, San Diego, CA, for Plaintiff–Appellee

Edwin Hernandez–Trejo, Pro Se

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Edwin Hernandez–Trejo appeals from the district court's judgment and challenges his jury-trial conviction and 66–month sentence for importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez–Trejo's counsel has filed a brief stating that there are no grounds for relief, along with a

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

motion to withdraw as counsel of record. We have provided Hernandez–Trejo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

We grant Hernandez–Trejo's motion to file corrected excerpts of record. The Clerk shall file the excerpts of record submitted on April 29, 2016.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.